

| | | | | |
|---|---|---|---|---|
| Crittenden v. State .............. | 49A04–1512–CR–2183 | 03/13/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Kilburn v. State ................. | 16A01–1606–CR–1419 | 03/13/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Garcia v. State .................. | 49A02–1608–CR–1728 | 03/13/2017 | KIRSCH, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Lewis v. State................... | 49A02–1609–CR–2154 | 03/13/2017 | KIRSCH, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Roberts v. Roberts .............. | 67A04–1606–DR–1404 | 03/13/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| McNary v. State ................ | 82A04–1607–CR–1733 | 03/13/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| M.B. v. Indiana Department of Child Services ................ | 71A03–1606–JT–1455 | 03/13/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |